# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **RONNIE MELTON,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 08-0601-KD-C** |
| **ROGER GOODMAN,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated June 10, 2009, is **ADOPTED** as the opinion of this Court.[1]  It is **ORDERED** that this action be and is hereby dismissed without prejudice.

**DONE** and **ORDERED** this the **21st** day of **August 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] In so doing, in addition to those reasons set forth in the Magistrate Judge's Report and Recommendation, the Court notes that a copy of the Report and Recommendation was mailed to the Petitioner at the address that he provided; however, it was returned to the Court as undeliverable (Doc. 7) which indicates that Melton has further failed to comply with the requirements of this Court by failing to notify the Court of any change in address.